**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**EUGENE OUELLETTE,**
        **Plaintiff,**

        v.                                            Civil Action No.  14-40118-TSH

**GOSNOLD, INC.,**
        **Defendant.**

## MEMORANDUM AND ORDER

**HILLMAN, D.J.**

On November 19, 2015, this action was dismissed for failure of the plaintiff to comply with the Court's directives to file an Amended Complaint to demonstrate good cause why the action should not be dismissed.  *See* Amended Memorandum and Order for Dismissal (Docket No. 12).  Previously, this Court issued a Memorandum and Order outlining the legal impediments to plaintiff's claims, including the lack of subject matter jurisdiction due to the failure to state a *bona fide* federal cause of action under the Fair Housing Act, the Americans with Disabilities Act, or the Rehabilitation Act.  *See* Memorandum and Order (Docket No. 5).

On November 25, 2015, plaintiff filed a Motion for Reconsideration (Docket No. 14) on the grounds that he thought that the Court was going to appoint *pro bono* counsel for him, but now understands that he must obtain an attorney on his own.

For the reasons set forth in the Memorandum and Order (Docket No. 5), this Court finds no good cause has been shown why the dismissal of this action should be vacated and the case re-opened.  Accordingly, plaintiff's Motion for Reconsideration (Docket No. 14) is <u>DENIED</u>.

As an additional matter, the Court declines to appoint *pro bono* counsel for the plaintiff to pursue his claims. Should plaintiff's retained counsel seek to re-file this action, he/she may do so in accordance with the requirements of Rule 11 of the Federal Rules of Civil Procedure, provided that any Complaint filed must demonstrate the subject matter jurisdiction of the Court and set forth plausible claims upon which relief may be granted in accordance with Rules 8 and 10 of the Federal Rules of Civil Procedure. Along with any Complaint, plaintiff also must pay the $400.00 filing and administrative fees of the Court, or file an application to proceed without prepayment of fees and affidavit.

SO ORDERED.

    /s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
UNITED STATES DISTRICT JUDGE

DATED:12/14/15